1901 Kaliste Saloom Rd. (70508)
P.O. Box 80098 (70598-0098)
Lafayette, Louisiana

Lafayette Parish   C-20220517
Filed Feb 04, 2022 11:00 AM      L
Simone Vaughan
Deputy Clerk of Court
FAX Received Feb 01, 2022



**LABORDE EARLES**
—— INJURY LAWYERS ——

Phone (337) 261-2617
(800) 522-6733
Fax (337) 261-1934

*DIRECT DIAL: 337-769-1173*
*MARYANNE@ONMYSIDE.COM*

February 1, 2022

<u>*Via Fax (337-291-6480) and U.S. Mail*</u>
Lafayette Parish Parish Clerk of Court
Attn: Civil Filing
P.O. Box 2009
Lafayette, LA 70502

Re: NEW CIVIL SUIT # ___C-2022-0517-L___
Kathryn Rather and Michael Rather vs. Louisiana CVS Pharmacy, LLC
15th JDC, Parish of Lafayette, State of Louisiana

Dear Clerk:

Enclosed please find an original and three (3) copies of Plaintiffs' *Petition for Damages, and Request for Notice of Trial, Hearings & Orders* with regard to the above captioned matter. Please file the original of the enclosed. I have enclosed service copies for the defendant. I have also enclosed an extra copy which I would appreciate you stamping with the date and time of filing, and returning to me in the envelope provided.

I look forward to your confirmation fax/invoice relative to filing and service fees, which I will place with the originals in U.S. Mail upon receipt.

Should you have any questions regarding the above or the enclosed, please contact me directly at 337-769-1173, or maryanne@onmyside.com.

With warmest regards, I remain

Sincerely,

**LABORDE EARLES LAW FIRM, LLC**

*MaryAnne Doland*

**MARY ANNE DOLAND**, *Litigation Paralegal to*
**MARY K. CRYAR**, Attorney at Law

STAMPED COPY MAILED
February 04, 2022    JAH

MKC\md
Enclosure

OnMySide.com

SV

Exhibit A

Feb  1 2022 03:55pm     P001/001



**Louis J. Perret**
Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

## FAX RECEIPT

**FROM:** CIVIL DEPARTMENT                **Date:** FEBRUARY 1, 2022

**To:** MARY K CRYAR                      **Suit No.:** DOCKET NUMBER: C-20220517

**FAX NUMBER:** (337) 261-1934            **Section:** L

**KATHRYN RATHER, ET AL VS LOUISIANA CVS PHARMACY LLC**

Total Amount Due (Includes all applicable fees below) $375.50

| | |
|---|---|
| 616-COVER LETTER | 1 PAGE |
| 628-PET - DAMAGE | 4 PAGES |
| 39-REQUEST FOR NOTICE | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 2/1/2022, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

## CIVIL E-FILING IS AVAILABLE.
### VISIT WWW.CLERKCONNECT.COM OR WWW.LPCLERK.COM FOR ACCESS TO THE LINK.

Lafayette Parish
Filed Feb 04, 2022 11:00 AM
Simone Vaughan
Deputy Clerk of Court
FAX Received Feb 01, 2022
C-20220517
L

| | |
|---|---|
| **KATHRYN RATHER and MICHAEL RATHER** | **15ᴴ JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO:** |
| **LOUISIANA CVS PHARMACY, LLC** | **PARISH OF LAFAYETTE STATE OF LOUISIANA** |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioners, **KATHRYN RATHER and MICHAEL RATHER,** individuals of the full age of majority, residents of and domiciled in Calcasieu Parish, Lake Charles, Louisiana, respectfully representing as follows, to wit:

1.

Made Defendant herein is:

1. **LOUISIANA CVS PHARMACY, LLC**, a corporation organized under the laws of the State of Rhode Island who may be served through its registered agent for service of process: CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

2.

Defendant is justly and truly indebted unto Petitioners herein, individually, jointly, severally, and *in solido* in an amount to commensurate with the damages occasioned, together with legal interest from the date of this demand and for all costs of these proceedings.

3.

On or about February 17, 2021, Petitioner, **KATHRYN RATHER**, was a guest invitee of the Defendant, **LOUISIANA CVS PHARMACY, LLC**, located at 5044 Ambassador Caffery, Lafayette, Louisiana 70508, in Lafayette Parish, Louisiana; said premises is in the custody, both mutually and independently, of the Defendant, **LOUISIANA CVS PHARMACY, LLC**.

4.

On or about February 17, 2021, Petitioner, **KATHRYN RATHER**, had exited **LOUISIANA CVS PHARMACY, LLC**, located at 5044 Ambassador Caffery, Lafayette,

Louisiana 70508, and was walking along the sidewalk adjacent to the building, towards her vehicle. On the sidewalk, was an area of water which had pooled and turned to ice. **KATHRYN RATHER** slipped on the ice, causing her to suddenly and violently impact the ground. At all times pertinent herein, there were no cautions or warning signs around the body of ice which caused her to slip and fall. **KATHERYN RATHER** specifically pleads that she did not see the ice prior to her fall, and the ice was not visible to a reasonable person walking on the sidewalk.

5.

As a result of the aforementioned incident, **KATHRYN RATHER** twisted and fell violently, causing severe injury to her chest, back, right leg, right foot, right wrist and hand, right knee, left elbow, left shoulder blade, right ankle and tailbone.

6.

Upon information and belief, the cause of the water on the sidewalk was due to a storm the previous day, upon which water had pooled and frozen on the sidewalk. The ice was present on the sidewalk for, at minimum, twelve (12) hours. The sidewalk was owned, controlled and the legal responsibility of Defendant, **LOUISIANA CVS PHARMACY, LLC**.

7.

Despite Defendant's knowledge and clear view of the dangerous conditions presented by the storm, and the ice created by the storm, **LOUISIANA CVS PHARMACY, LLC** failed to take any action to warn its patrons of the danger or prevent access to the area. **LOUISIANA CVS PHARMACY, LLC** also failed to follow its own corporate policies which, upon information and belief, require that ice be treated with salt and, until the ice has melted, that the area be blocked to keep customers from accessing it.

8.

The acts or omissions of the Defendant caused the aforementioned incident, which resulted in **KATHRYN RATHER** sustaining severe personal injuries to her mind and body, including but not limited to her injury to her chest, back, right leg, right foot, right

wrist and hand, right knee, left elbow, left shoulder blade, right ankle and tailbone, for which she had to and continues to seek medical treatment.

9.

At all times pertinent herein, Petitioner, **KATHRYN RATHER,** was free from fault in causing said incident; further, said incident was solely and proximately caused by the negligence of the Defendant, **LOUISIANA CVS PHARMACY, LLC,** where said Defendant is liable unto the Petitioners in accordance with La. C.C. Art. 2315, Art. 2316, Art. 2317, and Art. 2317.1 for committing the following omissions or acts of negligence, to wit:

a. Failure to discover unreasonably dangerous conditions;
b. Failure to warn of knowingly dangerous conditions;
c. Failure to use reasonable care to keep the premises free of hazardous conditions;
d. Failure to take reasonable precautions;
e. Failure to adhere to safety standards, codes, and regulations;
f. Failure to take corrective action;
g. Failure to act as a reasonably prudent person;

10.

As a result of the above and foregoing incident and resulting injuries, the Petitioner, **KATHRYN RATHER**, suffered the following damages: pain and suffering (past, present and future), medical expenses (past, present and future), mental anguish, humiliation and aggravation (past, present and future), loss of wages (past, present and future) and loss of enjoyment of life (past, present and future).

11.

To date, the Petitioner has a surgery recommendation for an C5-C6 anterior cervical discectomy fusion (ACDF) with iliac crest bone graft from Dr. Lon Baronne, II, resulting from **KATHRYN RATHER's** fall caused by the dangerous conditions on the premises in the custody of the defendant.

12.

3

Petitioner, **MICHAEL RATHER**, is entitled to recover damages under Louisiana Civil Code Article 2315 for loss of consortium, service and society as a result of the injuries sustained to his wife, **KATHRYN RATHER**.

**WHEREFORE,** Petitioners pray that their Petition be deemed good and sufficient and that the same be served upon the Defendant, ordering them to answer the allegations contained herein within the delay allowed by law; that after due proceedings are had, that there be judgment in favor of Petitioners, **KATHRYN RATHER and MICHAEL RATHER**, and against Defendant, individually, jointly and *in solido*, in an amount to commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings; petitioners further pray for all general and equitable relief allowed by law.

Respectfully Submitted:
**LABORDE EARLES LAW FIRM, L.L.C.**

_____
MARY K. CRYAR (Bar#24062)
DAVID C. LABORDE, Bar# 20907
DERRICK G. EARLES, Bar# 29570
SCOTT H. HIGGINS, Bar# 26924
NICHOLAS R. ROCKFORTE, Bar# 31305
WESLEY K. ELMER, Bar# 23724
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
*Attorneys for Plaintiffs, KATHRYN RATHER and MICHAEL RATHER*

**SERVICE INFORMATION:**

**LOUISIANA CVS PHARMACY, LLC**, a corporation organized under the laws of the State of Rhode Island who may be served through its registered agent for service of process: CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

4

Lafayette Parish C-20220517
Filed Feb 04, 2022 11:00 AM L
Simone Vaughan
Deputy Clerk of Court
FAX Received Feb 01, 2022

| | |
|---|---|
| **KATHRYN RATHER and MICHAEL RATHER** | **15ʰ JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO:** |
| **LOUISIANA CVS PHARMACY, LLC** | **PARISH OF LAFAYETTE STATE OF LOUISIANA** |

### REQUEST FOR NOTICE OF TRIAL, HEARINGS & ORDERS

In accordance with the provisions of Louisiana Code of Civil Procedure art. 1572, Plaintiffs request you to send to them, through the undersigned counsel, written notice of the date assigned by the court for trial on the merits as well as the date set for the hearing and/or trial of any and all motions, pleadings and other matters, at least 10 days in advance of the same, and written notice of the signing of any final judgment and/or the rendition of any interlocutory order or judgment, as provided for in Louisiana Code of Civil Procedure arts. 1913 to 1914 for the above numbered cause.

Respectfully Submitted:

**LABORDE EARLES LAW FIRM, L.L.C.**

_____
MARY K. CRYAR (Bar#24062)
DAVID C. LABORDE, Bar# 20907
DERRICK G. EARLES, Bar# 29570
SCOTT H. HIGGINS, Bar# 26924
NICHOLAS R. ROCKFORTE, Bar# 31305
WESLEY K. ELMER, Bar# 23724
1901 Kaliste Saloom Road (70508)
P.O. Box 80098
Lafayette, Louisiana 70598-0098
Phone (337) 261-2617
Fax (337) 261-1934
*Attorneys for Plaintiffs, KATHRYN RATHER and MICHAEL RATHER*

5

Lafayette Parish C-20220517
Filed Feb 04, 2022 11:00 AM
Simone Vaughan
Deputy Clerk of Court
FAX Received Feb 01, 2022

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet – LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Kathryn Rather and Michael Rather  vs.  Louisiana CVS Pharmacy, LLC

**Court:** 15th JDC      **Docket Number:** C-20220517

**Parish of Filing:** Lafayette      **Filing Date:** 02.01.2022

**Name of Lead Petitioner's Attorney:** Mary K. Cryar

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 2      **Number of named defendants:** 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☑ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:
Ms Rather slipped on ice in the parking lot and severely injured her back, tailbone and hand.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Mary Anne Doland      Signature _____

Address  1901 Kaliste Saloom Road, Lafayette LA 70508

337-769-1173      maryanne@onmyside.com

LAFPC.CV.63753024

Requested by Atty.: CRYAR, MARY K

# CITATION

KATHRYN RATHER, ET AL

**15TH JUDICIAL DISTRICT COURT**

VS

**DOCKET NUMBER: C-20220517 L**

LOUISIANA CVS PHARMACY LLC

**PARISH OF LAFAYETTE, LOUISIANA**

**STATE OF LOUISIANA**

TO: LOUISIANA CVS PHARMACY, LLC, A CORPORATION ORGANIZED UNDER THE LAWS OF THE STATE OF RHODE ISLAND WHO MAY BE SERVED THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

✓ **SHERIFF RETURN**
of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
WITNESS THE HONORABLE JUDGES OF SAID COURT, this FEBRUARY 4, 2022.

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*Attached are the following documents:
**PETITION FOR DAMAGES**

Lafayette Parish Clerk of Court
Filed This Day

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

FEB 25 2022

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $ _____ MILEAGE $ _____ TOTAL $ _____
DEPUTY _____

Devyn Smith
Deputy Clerk

I made service on the named party through the
CT Corporation

FEB 15 2022

by tendering a copy of this document to
Ashley Manviebe

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

